## (March 31, 1981)

■ In the Matter of THOMAS SCHILIRO et al., Appellants, v GUY R. MAZZA et al., Respondents. — Oral application by appellants for leave to appeal to the Court of Appeals from the order of this court dated March 31, 1981 granted. In our opinion questions of law have arisen which ought to be reviewed by the Court of Appeals. Lazer, J.P., Cohalan, Margett and O'-Connor, JJ., concur.